# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

JOHN ERIC PARGETT, )
)
            Plaintiff, )
) NO.  CV-08-0373-JPH
    vs. )
) **JUDGMENT IN A
MICHAEL J. ASTRUE, ) CIVIL CASE**
Commissioner of Social Security, )
)
            Defendant. )
)
_____ )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to

sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence

four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

**CLOSED.**

DATED this 20th  day of July, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

by:   s/Pamela A. Howard
            Deputy Clerk

cc: all counsel